John Calderon, Jr., Respondent, v Walgreen Co. et al., Appellants.

Submitted October 18, 2010; decided November 17, 2010

Motion to vacate this Court's September 15, 2010 dismissal order granted [*see* 15 NY3d 848 (2010)]. On the Court's own motion, appeal dismissed, without costs, upon the ground that the Appellate Division order does not finally determine the action within the meaning of the Constitution.